# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Aspen, Marvin E. | U.S. DISTRICT COURT | 06/27/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT J | ☐ Nomination　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br>5b. ☐　Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

219 SOUTH DEARBORN STREET
ROOM 2578
CHICAGO, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADVISORY BOARD OF DIRECTORS | AMERICAN BAR ASSOCIATION/AMERICAN BAR ASSOCIATION RETIREMENT FUNDS |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aspen, Marvin E. | 06/27/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | STATE OF ILLINOIS (PENSION) | $24,554.04 |
| 2. 2012 | THE RUTTER GROUP (ROYALTIES) | $3,640.21 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION AND ABA RETIREMENT FUNDS | 1/12-14/2012 | :as Vegas, NV | Meeting | Travel-related expenses/coach air; hotel; meals |
| 2. | AMERICAN BAR ASSOCIATION AND ABA RETIREMENT FUNDS | 3/7-10/2012 | Austin, TX | Meeting | Travel-related expenses/coach air, hotel, meals |
| 3. | AMERICAN BAR ASSOCIATION AND ABA RETIREMENT FUNDS | 6/13-17, 2012 | White Sulpher Springs, VA | Meeting | Travel-related expenses/coach air, hotel, meals |
| 4. | AMERICAN BAR ASSOCIATION AND ABA RETIREMENT FUNDS | 9/19-22/2012 | Bolton Landing, NY | Meeting | Travel-related expenses/coach air, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Aspen, Marvin E. | 06/27/2013 |

| 5. | AMERICAN BAR ASSOCIATION AND ABA RETIREMENT FUNDS | 11/28-12/02/2012 | New Orleans, LA | Meeting | Travel-related expenses/coach air, hotel, meals |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Aspen, Marvin E. | 06/27/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aspen, Marvin E. | 06/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J. P. MORGAN CHASE | C | Interest | M | T | | | | | |
| 2. FIRST BANK OF HIGHLAND PARK | A | Interest | J | T | | | | | |
| 3. AMERICAN TELEPHONE & TELEGRAPH CO. (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 4. EXXON MOBIL CORPORATION (COMMON STOCK) | B | Div | L | T | | | | | |
| 5. PACIFIC GAS & ELECTRIC CO. (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 6. PFIZER, INC. (COMMON STOCK) | C | Div | L | T | | | | | |
| 7. COMMERCIAL BUILDING, NORTHBROOK, IL (LTD PTNRSHP) | E | Dividend | L | U | | | | | |
| 8. BSV (LIMITED PARTNERSHIP) | F | Dividend | L | U | | | | | |
| 9. MICROSOFT CORP. | A | Dividend | L | T | | | | | |
| 10. NASDAQ 100 TRUST SERI | A | Dividend | J | T | | | | | |
| 11. MANUAL FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 12. INTEL CORP X | A | Dividend | J | T | | | | | |
| 13. LSI CORP X | A | Dividend | J | T | | | | | |
| 14. P & G CORP X | B | Dividend | K | T | | | | | |
| 15. ALL STATE CORP X | A | Dividend | J | T | | | | | |
| 16. CONNOCO PHILLIPS X | A | Dividend | J | T | | | | | |
| 17. GENERAL EELECTRIC CO X | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aspen, Marvin E. | 06/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HEWLETT PACKARD CO. X | A | Dividend | J | T | | | | | |
| 19. SPRINT NEXTEL CORP. X | A | Dividend | J | T | | | | | |
| 20. TEXAS INSTRUMENTS INC X | A | Dividend | J | T | | | | | |
| 21. VIACOM INTL. X | A | Dividend | J | T | | | | | |
| 22. FIDELITY MUTUAL FUND X | B | Dividend | K | T | | | | | |
| 23. DREYFUS MUTUAL FUND X | B | Dividend | K | T | | | | | |
| 24. SIT INVESTMENT ASSOC. MUTUAL FUND X | B | Dividend | K | T | | | | | |
| 25. WATER TECH INC. | A | Dividend | J | T | | | | | |
| 26. WESTERN DIGITAL CORP | A | Dividend | J | T | | | | | |
| 27. IABIL CIRCUIT INC. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Aspen, Marvin E. | 06/27/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marvin E. Aspen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544